**JUDGE KEENAN**

**14 CV 7114**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GETTY IMAGES (US), INC.,
                Plaintiff,

v.

MICROSOFT CORPORATION,

                Defendant.

CIVIL ACTION NO. _____

ORDER TO SHOW CAUSE FOR
PRELIMINARY INJUNCTION AND
EXPEDITED PROCEEDINGS

...JMENT
...TRONICALLY
9/5/2014

Upon the Complaint of Plaintiff Getty Images (US), Inc. ("Getty Images"); the Declaration of Yoko Miyashita, sworn to the 2nd day of September 2014; the Declaration of Francis Aul, sworn to the 3rd day of September 2014; the accompanying memorandum of law; and good and sufficient reason appearing to me therefor, it is hereby

ORDERED that Microsoft Corporation ("Defendant") show cause at this Court at a hearing in Courtroom 20 United States Courthouse at 500 Pearl Street or 40 Centre Street, in the City, County, and State of New York, on September 17, 2014, at 2:30 o'clock in the afternoon therefor, why an order should not be issued, pursuant to Rule 65 of the Federal Rules of Civil Procedure ("Rule 65"), enjoining Defendant during the pendency of this Action from using, offering, providing, or otherwise supporting the Bing Image Widget or comparable technology, except to the extent that the Bing Image Widget or comparable technology is used to display images for which Defendant has an express license for such use from the owners or their appointed licensors of copyright in those images.

ORDERED that Defendant's responsive papers to this Order to Show Cause for Preliminary Injunction and Expedited Proceedings shall be filed by noon on September 11, 2014, and that Plaintiff's reply papers shall be filed by 10:00 a.m. on September 16, 2014.

95263.1

~~ORDERED that security in the amount of $_____ will be posted by Plaintiff.~~

ORDERED that Plaintiff shall serve a copy of this Order and supporting papers, along with the Summons and Complaint (if not already served), upon Defendant no later than 7:00 p.m. on September 4, 2014, which shall constitute due and sufficient service and notice thereof.

Dated:  9/5/14

_____
UNITED STATES DISTRICT JUDGE

Part, I

2