UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GETTY IMAGES (US), INC., <br>                       Plaintiff, <br> v. <br> MICROSOFT CORPORATION, <br>                       Defendant. | **DECLARATION OF FRANCIS J. AUL** |

I, **FRANCIS J. AUL,** declare as follows:

1. I am a project assistant at the law firm Jenner & Block, in Washington D.C., counsel for Plaintiff Getty Images (US), Inc. I submit this declaration in support of Plaintiff's Order to Show Cause for Preliminary Injunction and Expedited Proceedings.

2. I am over 18 years of age and am competent to attest to the contents of this declaration. I have personal knowledge of the matters set forth below and, if called as a witness, I would testify consistent with this declaration.

3. Attached as Exhibit A to this declaration are true and correct copies of the following:

   a. A screenshot of the Getty Images Homepage, www.gettyimages.com, that I captured on September 2, 2014.

   b. A screenshot of search results from the Getty Images website after searching for "ferguson missouri" that I captured on September 2, 2014.

   c. A screenshot of search results from the Getty Images website after searching for "ferguson missouri" and placing my mouse over top of the first image that I captured on September 2, 2014.

   d. A screenshot I took after searching for "ferguson missouri" on the Getty Images website and clicking on the first result, which I captured on September 2, 2014.

e. A screenshot of search results from the Getty Images website after searching for "ferguson missouri" and placing my mouse over top of the first image, which I captured on September 2, 2014, and to which I have added a red circle to identify the link to the Embed tool.

f. A screenshot I took after searching for "ferguson missouri" on the Getty Images website and clicking on the first result, which I captured on September 2, 2014, and to which I have added a red circle to identify the link to the Embed tool.

g. A screenshot I took after searching for "ferguson missouri" on the Getty Images website, clicking on the first result, and then clicking the link to the Embed tool, which I captured on September 2, 2014.

h. A screenshot of search results from the Getty Images website after searching for "ebola 2014" that I captured on September 2, 2014.

i. A screenshot of search results from the Getty Images website after searching for "ebola 2014" and placing my mouse over top of the second image that I captured on September 2, 2014.

j. A screenshot I took after searching for "ebola 2014" on the Getty Images website, clicking on the second result, and then clicking the link to the Embed tool, which I captured on September 2, 2014.

k. A screenshot I took after searching for "marilyn monroe" on the Getty Images website, which I captured on September 3, 2014.

l. A screenshot I took of an image of Marilyn Monroe from Getty Images' online store, located at http://www.gettyimages.com/detail/news-photo/american-film-star-marilyn-monroe-born-norma-jean-mortensen-news-photo/3169185, which I captured on September 3, 2014.

m. A screenshot I took after searching for "marilyn monroe on staircase" on the Getty Images website, which I captured on September 3, 2014.

n. A screenshot I took after searching for "marilyn monroe on staircase" on the Getty Images website and clicking on the first image, which I captured on September 3, 2014.

o. A screenshot I took after searching for "marilyn monroe on staircase" on the Getty Images website, clicking on the first image, and clicking on the Embed link, which I captured on September 3, 2014.

  p. A screenshot I took of an image of a volcano, located at http://www.thinkstockphotos.com/image/stock-photo-volcano-eruption/94975012, which I captured on September 3, 2014.

4. Attached as Exhibit B to this declaration is a true and correct copy of an excerpt of the Getty Images Help Center webpage, located at http://www.gettyimages.com/helpcenter#faq22, which I captured on September 2, 2014.

5. Attached as Exhibit C to this declaration are true and correct copies of the following webpages, which display images attributed to Getty Images:

  a. An article appearing on the New York Magazine website entitled, "Behind the Best Pictures From Ferguson, With Getty Photographer Scott Olson," located at http://nymag.com/daily/intelligencer/2014/08/behind-the-best-pictures-from-ferguson.html, which I captured on September 2, 2014.

  b. An article appearing on the Daily American website entitled, "Powerful Photos From Protests In Ferguson, Missouri" located at http://www.dailyamerican.com/entertainment/parade/parade_living/powerful-photos-from-protests-in-ferguson-missouri/article_79641709-f156-5603-adce-ea36b69ec0d1.html, which I captured on September 2, 2014.

  c. An article appearing on the Metro news website entitled "PHOTOS: Protesters clash with police in streets of Ferguson, Missouri," located at http://www.metro.us/newyork/news/national/2014/08/14/photos-protesters-clash-with-police-in-streets-of-ferguson-missouri/, which I captured on September 3, 2014.

6. Attached as Exhibit D to this declaration are true and correct copies of the following webpages, which are examples of the use of Getty Images' "Embed" tool:

  a. An article appearing on The Week's website entitled "Israel bombs two Gaza high-rises," located at http://theweek.com/speedreads/index/267045/speedreads-israel-bombs-two-gaza-high-rises, which I captured on September 2, 2014.

  b. The previous article, after clicking the right mouse button on the Getty Images "Embed" tool, captured on September 2, 2014, to which I have added red circle around the menu that appears upon clicking the right mouse button.

    c. An article appearing on The Week's website entitled "Police in Ferguson arrest Getty Images photographer," located at "http://theweek.com/speedreads/index/266590/speedreads-police-in-ferguson-arrest-getty-images-photographer," which I captured on September 2, 2014.

    d. An article appearing on Animal New York's website entitled "Picture Ebola: Inside a West African Isolation Ward," located at http://animalnewyork.com/2014/picture-ebola-inside-west-african-isolation-ward/, which I captured on September 2, 2014.

    e. An article appearing on Here Is The City's website, entitled "Gallery: The best pictures from Chelsea's 6-3 win against Everton," located at http://hereisthecity.com/en-gb/2014/08/31/gallery-the-best-pictures-from-chelseas-6-3-win-against-everton/, which I captured on September 2, 2014.

    f. An article appearing on the website Huisgenoot.com, located at http://huisgenoot.com/nuus/reusepanda-veins-swangerskap-vir-spesiale-behandeling/, which I captured on September 2, 2014.

7. Attached as Exhibit E to this declaration are true and correct copies of screenshots taken from the Bing Images webpage, http://www.bing.com/widget/image, on September 2, 2014 and September 3, 2014.

8. Attached as Exhibit F to this declaration are true and correct copies of the following screenshots of Microsoft user guidance documents:

    a. A webpage entitled "Bing Image Widget," located at http://www.bing.com/webmaster/help/get-the-bing-image-widget-9b05d178, which I captured on September 3, 2014.

    b. A webpage entitled "Bing Images Widget (Beta) Terms of Service," located at http://www.bing.com/webmaster/help/bing-image-widget-terms-of-service-6e6e374c, which I captured on August 29, 2014.

    c. A webpage entitled "Install and Configure Knowledge Widget with Webmaster Tools," located at http://www.bing.com/webmaster/help/knowledge-widget-install-and-configure-from-within-webmaster-tools-1db9d228, which I captured on August 29, 2014.

4

        d. A webpage entitled "Insert a picture," located at http://office.microsoft.com/en-us/powerpoint-help/insert-a-picture-HA102749393.aspx, which I captured on September 2, 2014.

        e. A document entitled "Find images where you need them."

9. Attached as Exhibit G to this declaration are true and correct copies of the following webpages, which describe how the Bing Image Widget can be used:

        a. An article entitled "How To Embed Bing Image Results To Your Website?," located at http://www.mybloggertricks.com/2014/08/embed-bing-image-results-to-website.html, which I captured on August 29, 2014.

        b. An article entitled "No Image is Safe: Bing Imaged Widget," located at http://blog.melchersystem.com/2014/08/26/bing-image-widget/, which I captured on August 29, 2014.

10. Attached as Exhibit H to this declaration are true and correct copies of the following webpages, which are examples of websites that have implemented the Bing Image Widget:

        a. http://www.theoakstorega.com/, which I captured on September 1, 2014

        b. An excerpt of http://healthnexercise.com/, which I captured on September 3, 2014.

        c. http://www.makar80.eu/index.html, which I captured on September 1, 2014.

        d. http://total-wallpapers.com/, which I captured on September 3, 2014.

        e. https://www.dannyfdukes.com/, which I captured on September 2, 2014, and to which I have added a red circle around the Bing Image Widget.

        f. http://yusufferfitness.com/sarah-bistro, which I captured on September 2, 2014.

11. Attached as Exhibit I to this declaration are true and correct copies of screen captures taken on September 2 and 3, 2014, by paralegal staff at Jenner & Block and Getty Images illustrating the display of Plaintiff's copyrighted works in suit through the Bing Image Widget.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: September 3, 2014.  _____
　　　　　　　　　　　　　　　　　　Francis J. Aul