```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
GETTY IMAGES (US), INC.,                 :       14cv7114 (DLC)
                                         :
            Plaintiff,                   :       CORRECTED
                                         :         ORDER
      -v-                                :
                                         :
MICROSOFT CORPORATION,                   :
                                         :
            Defendant.                   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 24, 2014, the plaintiff amended its complaint. On October 3, the Defendant filed a motion to dismiss plaintiff's first amended complaint. It is hereby

ORDERED that plaintiff's opposition to the motion is due on October 17, 2014. Any reply by the defendant is due October 24, 2014. At the time any reply is served, the moving party shall supply two courtesy copies of all motion papers by mail or hand delivery to the Honorable Denise Cote, United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated:   New York, New York
         October 7, 2014

                              _____
                                      DENISE COTE
                              United States District Judge