1099 NEW YORK AVENUE NW  SUITE 900  WASHINGTON, DC  20001-4412

JENNER&BLOCK LLP

Kenneth L. Doroshow
Tel  202 639-6027
Fax 202 661-4855
kdoroshow@jenner.com

February 20, 2015

Hon. Denise Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

Re:   Getty Images (US), Inc. v. Microsoft Corporation, 14-Civ-7114-DLC

Dear Judge Cote:

     Pursuant to Rule 3E of the Court's Individual Practices in Civil Cases, Plaintiff Getty Images (US) Inc. ("Getty Images") respectfully requests an opportunity to present oral argument on Getty Images' Motion for Partial Summary Judgment on Liability.  Getty Images believes that oral argument is necessary given the significant and complex legal issues presented by the motion.

Respectfully submitted,


*/s/ Kenneth L. Doroshow*

Kenneth L. Doroshow
Partner

cc:  All Counsel of Record (via ECF)