UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GETTY IMAGES (US), INC.,

    Plaintiff and Counterclaim-Defendant,

v.

MICROSOFT CORPORATION,

    Defendant and Counterclaim-Plaintiff.

Civ. No. 14-cv-7114-DLC

4/7/2015

## STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counterclaim-Defendant Getty Images (US), Inc. ("Getty") and Defendant and Counterclaim-Plaintiff Microsoft Corporation ("Microsoft") stipulate and agree as follows:

All claims asserted by Getty in this action are hereby dismissed with prejudice, and all counterclaims asserted by Microsoft in this action are hereby dismissed with prejudice. Each party shall bear its costs and attorneys' fees relating to the claims and counterclaims.

*****

So ordered.

*/s/ Denise Cote*
4/7/15

Dated:   April 6, 2015

*[signature]*

Kenneth L. Doroshow (KD-8374)
Amir H. Ali (admitted *pro hac vice*)
Zachary C. Schauf (admitted *pro hac vice*)
JENNER & BLOCK LLP
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6027
Facsimile: (202) 639-6066

*Attorneys for Getty Images (US), Inc.*

*[signature]* R. David Hosp /awc

FISH & RICHARDSON P.C.
R. David Hosp (DH 3344)
Elizabeth E. Brenckman (EB 1378)
601 Lexington Avenue, Floor 52
New York, NY 10022
Telephone: (212) 765-5070
Facsimile:  (212) 258-2291
Email: hosp@fr.com
         brenckman@fr.com

Mark S. Puzella (admitted *pro hac vice*)
Sheryl K. Garko (admitted *pro hac vice*)
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906
Email: puzella@fr.com
         garko@fr.com

*Attorneys for Microsoft Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2015, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                                              /s/ R. David Hosp  
                                                                                                 R. David Hosp